FARR, Respondent, *v.* NICHOLS *et al.*, Appellants.

*(Supreme Court, General Term, Fourth Department.* September 20, 1890.)

No opinion.   Judgment affirmed, with costs.

---

FROST, Appellant, *v.* FROST, Respondent.

*(Supreme Court, General Term, Fourth Department.* September 20, 1890.)

No opinion.   Order modified so as to allow for expenses $200; and as modified affirmed, without costs to either party upon this appeal.

---

FROST, Appellant, *v.* FROST, Respondent.

*(Supreme Court, General Term, Fourth Department.* September 20, 1890.)

No opinion.   Order refusing to reduce alimony affirmed, without costs to either party.

---

*In re* HAMILTON.

*(Supreme Court, General Term, Fourth Department.* September 20, 1890.)

No opinion.   Decree of the surrogate of Onondaga county affirmed, with costs.

---

HOWARTH, Respondent, *v.* HOWARTH, Appellant.

*(Supreme Court, General Term, Fourth Department.* September 20, 1890.)

No opinion.   Judgment affirmed, with costs.

---

HOWES, Appellant, *v.* CULVER, Respondent.

*(Supreme Court, General Term, Fourth Department.* September 20, 1890.)

Judgment of the county court of Delaware county, affirming a justice's judgment, affirmed, with costs.

---

JENKINS *et al.*, Respondents, *v.* STUBER *et al.*, Appellants.

*(Supreme Court, General Term, Fourth Department.* September 20, 1890.)

No opinion.   Order affirmed, with $10 costs and disbursements.

---

JOHNSTON, Appellant, *v.* NICHOLS *et al.*, Respondents.

*(Supreme Court, General Term, Fourth Department.* September 20, 1890.)

No opinion.   Judgment of the Delaware county court, reversing a justice's judgment, affirmed, with costs.

---

KEESE *et al.*, Respondents, *v.* COOPERSTOWN & C. V. R. Co. *et al.*, Appellants.

*(Supreme Court, General Term, Fourth Department.* September 20, 1890.)

No opinion.   Order affirmed, with $10 costs and disbursements.

---

LANSING *et al.*, Respondents, *v.* RICHARDS, Appellant.

*(Supreme Court, General Term, Fourth Department.* September 20, 1890.)

No opinion.   Judgment of the county court of Otsego county, affirming a judgment of a justice's court, affirmed, with costs.